UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JORGE TEJADA RUVALCABA,<br>Petitioner,<br>v.<br>DHS/OPLA,<br>Respondent. | Case No. 5:26-cv-04721-MCS-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"), the Answer to the Petition (Dkt. 8), and the Report and Recommendation of the magistrate judge (Dkt. 10, "Report"). As no party filed a timely objection to the Report, the Court accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED THAT Judgment shall be entered:

1. Granting the Petition, in part, with Respondent ORDERED to:

   a. hold an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) for Petitioner Jorge Tejada Ruvalcaba (A# 219 284 078) within seven (7) days of the Order Accepting this Report and

Recommendation, with instructions that the immigration judge must provide a written, reasoned decision, including all factual findings in support of such decision, if bond is denied; or

b. release Petitioner from custody, subject only to narrowly tailored conditions of release, if any, no more restrictive than necessary to ensure his appearance as required and to protect the community, if Petitioner is not timely provided with the aforementioned bond hearing; and

2. Denying the Petition as to all other relief sought.

IT IS SO ORDERED.

Dated: October 1, 2026

MARK C. SCARSI
United States District Judge