**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JORGE TEJADA RUVALCABA<br><br>Petitioner,<br><br>v.<br><br>DHS/OPLA,<br><br>Respondent. | Case No. 5:26-cv-04721-MCS-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT the Petition is:

(1) GRANTED, in part, with Respondent ORDERED to:

a. hold an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) for Petitioner Jorge Tejada Ruvalcaba (A# 219 284 078) within seven (7) days of the Order Accepting this Report and Recommendation, with instructions that the immigration judge must provide a written, reasoned decision, including all

factual findings in support of such decision, if bond is denied; or

b. release Petitioner from custody, subject only to narrowly tailored conditions of release, if any, no more restrictive than necessary to ensure his appearance as required and to protect the community, if Petitioner is not timely provided with the aforementioned bond hearing; and

(2) DENIED as to all other relief sought.

Dated: October 1, 2026_____

MARK C. SCARSI
United States District Judge